NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

March 2, 2023

**ERRATA**

———————————

Appeal No. 2022-1083

**NETFLIX, INC.,**
*Appellant*

**v.**

**DIVX, LLC,**
*Appellee*

———————————

Decided:  March 1, 2023
Non-Precedential Opinion

———————————

Please make the following changes:

On page 2, line 12, after "Petitioners appeal.", add the following:

(We use the plural in this opinion although Hulu dropped out of the appeal after briefing was completed.)